**1040**

Susan WICKLUND, M.D.; James H. Armstrong, M.D.; Lindsay Richards, M.D.; Susan Cahill, P.A.; Douglas Webber, M.D.; Beth E. Thompson, M.D.; Mary Stranahan, D.O.; and Mark Miles, M.D., on behalf of themselves and their patients throughout Montana and surrounding states and Canada, Plaintiffs–Appellees,

v.

Martin D. LAMBERT, in his official capacity as Gallatin County Attorney,* Defendant–Appellant.

No. 95–36028.

United States Court of Appeals,
Ninth Circuit.

May 2, 1997.

Before THOMAS M. REAVLEY,** REINHARDT, and WIGGINS, Circuit Judges.

This case is remanded to the district court for further proceedings in light of *Lambert v. Wicklund*, —— U.S. ——, 117 S.Ct. 1169, —— L.Ed.2d —— (1997). The district court shall consider in particular those contentions raised by plaintiffs that were not addressed by the Supreme Court.